ORIGINAL

1  kennethtedtaotaoinf

2  LEONARDO M. RAPADAS
   United States Attorney
3  RYAN M. ANDERSON
   Special Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   PHONE: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

DEC - 4 2006

MARY L.M. MORAN
CLERK OF COURT

8
9         IN THE UNITED STATES DISTRICT COURT

10              FOR THE TERRITORY OF GUAM

11 UNITED STATES OF AMERICA,          )  CRIMINAL CASE NO. **06-00109**
                                      )
12             Plaintiff,             )  **INFORMATION**
                                      )
13       vs.                          )  **THEFT OF GOVERNMENT
                                      )  PROPERTY**
14 KENNETH TEDTAOTAO,                 )  [18 U.S.C. § 641]
                                      )
15             Defendant.             )
                                      )

16

17 THE UNITED STATES ATTORNEY CHARGES:

18        Beginning on or May 2006, and continuing up to on or about June 2006, in the District of

19 Guam, the defendant, KENNETH TEDTAOTAO, willfully and knowingly, did steal and purloin

20 United States property from the Navy Exchange, Guam, of the value of less than $1000, property

21 of the United States, in violation of Title 18, United States Code, Section 641.

22        DATED this 4th day of December, 2006.

23

24                                      LEONARDO M. RAPADAS
                                        United States Attorney
25                                      Districts of Guam and NMI

26

27                          By:    _____
                                   RYAN M. ANDERSON
28                                 Special Assistant U.S. Attorney