# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**
City: Hagåtña
Country/Parish: _____

**Related Case Information:**
Superseding Indictment: _____ Docket Number: **06-00109**
Same Defendant: _____ New Defendant: X
Search Warrant Case Number: _____
R 20/ R 40 from District of: _____

**Defendant Information:**
Juvenile: Yes ___ No X    Matter to be sealed: Yes ___ X No

Defendant Name: Kenneth Tedtaotao
Alias Name: _____
Address: _____
Merizo, GU

Birthdate: xx/xx/1984   SS#: Xxx-xx-2721   Sex: M   Race: PI   Nationality: Chamorro

**U.S. Attorney Information:**
SAUSA: Ryan Anderson

**Interpreter:** X No ___ Yes   List language and/or dialect: _____

**Location Status:**
Arrest Date: _____
☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**
Total # of Counts: 1    ___ Petty   X Misdemeanor   ___ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 USC 641 | Theft of Government Property | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: 12/4/06   Signature of AUSA: [signed] Ry. M. And____

RECEIVED DEC - 4 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM