# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-06-00109-001        DATE: January 25, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori      Court Reporter: Wanda Miles

Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 10:33:08 - 10:48:55

CSO: F. Tenorio

---

**APPEARANCES:**

Defendant: Kenneth Tedtaotao        Attorney: Richard Arens

☑ Present ☐ Custody ☐ Bond ☑ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Ryan Anderson        U.S. Agent:

U.S. Probation: Maria Cruz        U.S. Marshal: D. Punzalan / G. Perez

Interpreter:        Language:

---

**PROCEEDINGS: Change of Plea**

- Defendant sworn and examined.
- Pen and ink changes made in the plea agreement.
- Plea entered: Guilty
- Plea: Accepted.
- Sentencing set for: May 15, 2007 at 10:30 a.m.
- Presentence Report due to the parties: March 20, 2007
- Presentence Report due to the Court: April 30, 2007
- Defendant released as previously ordered by this Court.

NOTES: