✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

United States of America

V.

**Kenneth Tedtaotao**

**NOTICE**

CASE NUMBER: **CR-06-00109-001**

TYPE OF CASE:

☐ **CIVIL**     X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 3rd Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, GU 96910** | **Tuesday, May 15, 2007 at 10:30 a.m.** | **Thursday, May 31, 2007 at 10:30 a.m.** |

**MARY L. M. MORAN, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**April 29, 2007**      /s/ Leilani R. Toves Hernandez
DATE      (BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
           Federal Public Defender
           U.S. Probation Office
           U.S. Marshals Service