JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
KENNETH TEDTAOTAO

FILED
DISTRICT COURT OF GUAM
MAY 15 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR-06-00109 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE<br>) SENTENCING |
| vs. | ) |
| KENNETH TEDTAOTAO, | ) |
| Defendant. | ) |

## STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the sentencing hearing currently scheduled for May 31, 2007, be continued to a time and date after June 12, 2007. The justification for this request is based upon defense counsel's previously

//

//

ORIGINAL

scheduled off-island commitments.

       IT IS SO STIPULATED:

       DATED: Mongmong, Guam, May 11, 2007.

                                RICHARD P. ARENS
                                Attorney for Defendant
                                KENNETH TEDTAOTAO

                                RYAN ANDERSON
                                Attorney for Plaintiff
                                UNITED STATES OF AMERICA