JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
KENNETH TEDTAOTAO

# IN THE DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00109 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| KENNETH TEDTAOTAO, | ) | |
| | ) | |
| Defendant. | ) | |

The stipulation filed on May 15, 2007, is hereby approved. The sentencing hearing previously scheduled for May 31, 2007, is now moved to Wednesday, June 27, 2007, at 1:30 p.m.



**/s/ Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**
**Dated: May 24, 2007**