**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: CR-06-00109 　　　　　　　　　　　　　　DATE: June 27, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori 　　　　　　　Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore 　　Electronically Recorded: 1:48:32 - 2:08:34
CSO: J. McDonald / B. Pereda

**APPEARANCES:**
Defendant: Kenneth Tedtaotao 　　　　　　Attorney: Richard Arens
　　Present　Custody　Bond　P.R. 　　　　　　Present　Retained　FPD　CJA
U.S. Attorney: Ryan Anderson 　　　　　　U.S. Agent:
U.S. Probation: Stephen Guilliot 　　　　　U.S. Marshal: D. Punzalan / T. Muna
Interpreter: 　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: SENTENCING**
- Sentencing continued to: <u>July 2, 2007 at 9:00 a.m.</u>

NOTES: Government to advise Court of the status of the items that were returned to Navy Exchange and whether or not they were brought back to the store for resale.