**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING**

CASE NO.: CR-06-00109-001 DATE: July 02, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 9:09:09 - 9:20:02
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Kenneth Tedtaotao  Attorney: Richard Arens
  Present  Custody  Bond  P.R.    Present  Retained  FPD  CJA
U.S. Attorney: Ryan Anderson  U.S. Agent:
U.S. Probation: Stephen Guilliot  U.S. Marshal: None Present
Interpreter:  Language:

**PROCEEDINGS: Continued Sentencing**
- Defendant sentenced to probation for a term of 2 years, with conditions (refer to Judgment for conditions of probation).
- Defendant ordered to pay a fine in the amount of $250.00.
- Defendant ordered to pay restitution in the amount of $445.40
- Defendant ordered to pay a special assessment fee of $25.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant released.

NOTES: